**SELECT FINANCIAL, LLC,**
**Plaintiff—Appellee,**

v.

**PENLAND FINANCIAL SERVICES, INC.; Charles W. Penland, Sr., Guardian ad Litem, Defendants—Appellants.**

**No. 09–1403.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 14, 2009.

Decided: Sept. 21, 2009.

Charles W. Penland, Sr., Appellant Pro Se. Kenneth C. Anthony, Jr., The Anthony Law Firm, PA, Spartanburg, South Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland, Sr., appeals the district court's order that dismissed his four motions to dismiss, two motions for rulings, motion for summary judgment, and motion to amend his complaint.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Penland seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*